IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| VISTAPRINT CORP MARKETING | § | MDL 4:08-md-1994 |
| AND SALES PRACTICES | § | (This Order Relates to All Cases) |
| LITIGATION | § | |

## FINAL ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that the Motion to Dismiss [Doc. # 17] filed by Defendants Adaptive Marketing LLC and Vertrue Incorporated and the Motion to Dismiss [Doc. # 21] filed by Defendant VistaPrint USA, Inc. are **GRANTED** and this Multi-District Litigation case and all member cases are **DISMISSED**. It is further

**ORDERED** that Plaintiffs' claims against VistaPrint Limited are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to obtain service of the summons and complaint.

SIGNED at Houston, Texas, this **31st** day of **August, 2009.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\MDL-1994\FJ.wpd